UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:21-po-00525-JDP |
| Plaintiff, | ) ) | [~~Proposed~~]ORDER TO DISMISS AND VACATE BENCH TRIAL |
| v. | ) ) | |
| CHRISTOPHER BRUBAKER, | ) ) | DATE:  July 25, 2022 |
| Defendant. | ) ) | TIME:  10:00 a.m. JUDGE: Hon. Jeremy D. Peterson |
| | ) ) ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice Case Number 2:21-po-00525-JDP is GRANTED.

It is further ordered that the bench trial scheduled on July 25, 2022, at 10:00 a.m. is vacated.

IT IS SO ORDERED.

Dated: July 21, 2022

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge

ORDER TO DISMISS AND
VACATE BENCH TRIAL                    1          U.S. v. CHRISTOPHER BRUBAKER